UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TONEY ALFONSO JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK FEIST, et al.,<br><br>    Defendants. | Case No. 2:19-cv-01285-ODW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Third Amended Complaint (Dkt. 45, "TAC") filed by Plaintiff Toney Alfonso Johnson ("Plaintiff"), the Motion to Dismiss the TAC (Dkt. 46, "Motion") filed by Defendants J. Clason and Jack Feist (collectively, "Moving Defendants"), Plaintiff's Opposition to the Motion (Dkt. 48), Moving Defendants' Reply in support of the Motion (Dkt. 51), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 53). No party has filed any timely written objections to the report. The Report and Recommendation is therefore approved and accepted.

    IT IS HEREBY ORDERED that:

    1.    The Motion (Dkt. 46) is GRANTED; the claims asserted in the TAC against Defendants J. Clason and Jack Feist are dismissed

with prejudice, with final judgment to reflect such dismissal;

2. The TAC's purported Fourteenth Amendment claims are stricken as having been filed in violation of the Court's prior Order (Dkt. 44);

3. Defendant Grieb is ordered to answer the only surviving claim in TAC, a First Amendment retaliation claim against him in his individual capacity only, within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

Dated: October 16, 2020

OTIS D. WRIGHT, II
United States District Judge